UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLARENCE BROWN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-2635** |
| **MARLIN GUSMAN, ET AL** | **SECTION "G" (4)** |

## O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the **Motion for Summary Judgment (Rec. Doc. No. 16)** filed by the defendants, Orleans Parish Sheriff Marlin Gusman, Bonita J. Pittman, Sergeant Weaver, Sergeant West, Sergeant Gibson, Sergeant Dorsey, Sergeant Fare, Sergeant Jimison, Sergeant Steele, and Sergeant Lopez, is **GRANTED** and the plaintiff Clarence Brown's 42 U.S.C. § 1983 claims against the defendants, each in their official and individual capacities, are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this __21st__ day of December, 2015.

_____
**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**